UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    TUSKEENA OXFORD CENTER, LLC        CASE NO. 09-00268-EE
                                              CHAPTER 11

### ORDER GRANTING MOTION TO TRANSFER VENUE

On consideration before the court is the Motion to Transfer Venue filed by Merchants & Farmers Bank; the court having considered said motion finds that it is well taken and it is accordingly,

ORDERED, that the bankruptcy case of Tuskeena Oxford Center, LLC, Case No. 09-00268-EE, filed in the United States Bankruptcy Court for the Southern District of Mississippi is hereby transferred to the United States Bankruptcy Court for the Northern District of Mississippi, it is further,

ORDERED, that the clerk of this court is hereby directed, to the extent possible, to transfer the court's physical file related to this matter to the clerk of the United States Bankruptcy Court for the Northern District of Mississippi or otherwise take those other necessary measures to facilitate the transfer ordered herein.

SO ORDERED AND ADJUDGED.

Edward Ellington
United States Bankruptcy Judge
Dated: March 20, 2009

D. Andrew Phillips, Esquire
Mitchell, McNutt & Sams, P.A.
P.O. Box 947
Oxford, MS 38655
662-234-4845
Bar #8509