B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Southern District of Mississippi | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tuskeena Oxford Center LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-2993807** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**645 Lakeland Dr East Ste 101**<br>**Flowood, MS**<br>ZIPCODE **39232** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Rankin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P O Box 8860**<br>**Mobile, AL**<br>ZIPCODE **36689** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**, Oxford, MS**<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Tuskeena Oxford Center LLC** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)                   Date |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Tuskeena Oxford Center LLC** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X **/s/ Nicholas Van Wiser**<br>Signature of Attorney for Debtor(s)<br>**Nicholas Van Wiser 7339**<br>Printed Name of Attorney for Debtor(s)<br>**Byrd & Wiser**<br>Firm Name<br>**145 Main Street P.O. Box 1939**<br>Address<br>**Biloxi, MS 39533**<br><br>**(228) 432-8123**<br>Telephone Number<br>**January 28, 2009**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Tuskeena Oxford Center, L.L.C.**<br>Signature of Authorized Individual<br>**Tuskeena Oxford Center, L.L.C.**<br>Printed Name of Authorized Individual<br>**Christopher White-PresOfMgr-Member**<br>Title of Authorized Individual<br>**January 28, 2009**<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 09-11445-DWH    Doc 1-3    Filed 03/20/09    Entered 03/23/09 16:09:10    Desc
Case 09-00268-ee    Doc 7-1    Filed 01/28/09    Entered 01/28/09 17:04:36    Desc def
       Voluntary Petition and initial notices  (Doc 1-7)    Page 4 of 12
                                 Page 1 of 2

Form defntc

# UNITED STATES BANKRUPTCY COURT

## Southern District of Mississippi

Case No.: 09-00268-NPO
Chapter: 11

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tuskeena Oxford Center LLC
P O Box 8860
Mobile, AL 36689

Social Security No.:

Employer's Tax I.D. No.:
20-2993807

## DEFICIENCY NOTICE
### (Notice of Missing Documents and
### Notice of Dismissal if Documents Not Timely Filed)

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately.

Small Business Balance Sheet due 02/12/2009
Declaration & Sign of Non-Atty due 02/12/2009
Disclosure Notice to Debtors due 02/12/2009
Small Business Cash Flow Stmt due 02/12/2009
Cert-Credit Counseling-Debtor due 02/12/2009
Cert-Credit Counseling-Jt Db due 02/12/2009
Db. Sig. re: Relief Av. due 02/12/2009
Employee Income Record due 02/12/2009
Eq. Sec. Hold. List due 02/12/2009
Tax Return Deadline due 02/12/2009
Inventory of Property due 02/12/2009
Chapter 11 Means Test due 02/12/2009
Aty Sign. Exhibit B due 02/12/2009
Schedule A due 02/12/2009
Summary of Schedules due 02/12/2009
Schedule B due 02/12/2009
Schedule C due 02/12/2009
Schedule D due 02/12/2009
Schedule E due 02/12/2009
Schedule F due 02/12/2009
Schedule G due 02/12/2009
Schedule H due 02/12/2009
Schedule I due 02/12/2009
Schedule J due 02/12/2009
Schedules A-J due 02/12/2009
Stmt. of Fin. Affairs due 02/12/2009
SB Statement of Operations due 02/12/2009

In the event the Schedules, Statements, and Other Documents pursuant to Federal Rules of Bankruptcy Procedure, Rule 1007(c) are not filed on or before the above due deadline, this case may be dismissed without further notice or hearing.

**Dated: 1/29/09**

Case 09-11445-DWH    Doc 1-3    Filed 03/20/09    Entered 03/23/09 16:09:10    Desc
Case 09-00268-ee    Doc 1-1    Filed 01/28/09    Entered 01/28/09 17:04:36    Desc def
             Voluntary Petition and Initial notices (Doc 1-7)    Page 5 of 12
                                    Page 2 of 2

Danny L. Miller , Clerk
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

Note: Pursuant to Local Rule 10, it is the responsibility of the debtor to notice any added creditors. Therefore, if there are creditors listed on the schedules which were not listed when the matrix was initially filed, the debtor/attorney for debtor should notice the added creditors. A copy of the notice with certificate of mailing should be filed simultaneously with the schedules.

**United States Bankruptcy Court**
**Southern District of Mississippi**

IN RE:                                                           Case No. 09-00268

Tuskeena Oxford Center LLC                                       Chapter 11
                Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................. $ __300.00/hr__

   Prior to the filing of this statement I have received ........................................ $ __20,000.00__

   Balance Due ................................................................................ $ _____

2. The source of the compensation paid to me was: ☐ Debtor  ☑ Other (specify):

3. The source of compensation to be paid to me is:  ☑ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **All matters related to the above Chapter 11 proceeding**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__January 28, 2009__          __/s/ Nicholas Van Wiser__
        Date                        Signature of Attorney

                              __Byrd & Wiser__
                                 Name of Law Firm

3

United States Bankruptcy Court
Southern District of Mississippi

In re:  Tuskeena Oxford Center LLC                                Case No. 09-00268-NPO
                                                                  Chapter 11

## REQUIREMENTS FOR DEBTOR-IN-POSSESSION
## CHAPTER 11 CASES

A.  The following is a brief summary of the duties and requirements of a debtor-in possession (hereinafter "debtor") under Chapter 11 as set forth in the Bankruptcy Code. While a debtor need no longer obtain a court order authorizing it to operate its business, continued operation is subject to such limitations and conditions as the court may prescribe.

Pursuant to 11 U.S.C. §§ 1107 and 1108, the debtor-in-possession is authorized to buy and sell merchandise, supplies and other property, and to render services in the normal course of its business for cash or credit; to purchase or otherwise acquire for cash or on credit such materials, equipment, supplies, services, or other property as may or shall be necessary and advisable in connection with the operation of such business and the management and preservation of said property; to pay for its purchases on credit; and to pay salaries to employees.

In general, the debtor's duties are to:

1. be accountable for all property received;
2. examine proofs of claim and make appropriate objections thereto;
3. furnish information regarding the estate and its administration upon request by a party in interest;
4. file with the court and appropriate governmental units all required periodic reports and summaries;
5. file, as soon as practicable, a plan or recommend conversion to Chapter 7 or 13, or dismissal of case;
6. furnish any information required by the appropriate governmental unit regarding delinquent tax returns;
7. file necessary reports after confirmation of a plan, and
8. make a final report and file a final account of the administration of the estate with the court. See 11 U.S.C. §§ 1107, 1106, and 704.

B.  In addition to the foregoing, the debtor has other more specific duties and requirements with which it must comply, as set forth below:

1.  <u>Bank Accounts</u>
    Immediately upon the filing of the petition debtor must close all of its bank accounts and open new ones. These new accounts shall consist of at least general and tax accounts. The new bank signature cards and checks shall clearly indicate that the debtor is a "Chapter 11 Debtor-In-Possession". The bank in which those accounts are maintained must be in compliance with 11 U.S.C. § 345.

    If the debtor uses cash collateral, separate cash collateral accounts must be established and maintained pursuant to 11 U.S.C. § 363(4), which requires that the debtor segregate and account for any cash collateral in its possession, custody or control. (See paragraph (C)(1) below for the definition of cash collateral.)

    If the debtor is an individual who operates its business as a "d/b/a/" or sole proprietor, he is required to maintain separate business and household or personal accounts and to segregate payment expenses accordingly. This is so both the debtor and creditors can monitor the profitability and feasibility of reorganization of the debtor's business. Likewise, principals of debtor companies, partnerships and corporations be reminded that they can only disburse monies of the debtor for legitimate business expenses, which excludes any personal expenses.

4

Case 09-11445-DWH    Doc 1-3    Filed 03/20/09    Entered 03/23/09 16:09:10    Desc
Case 09-00268-ee    Doc 4    Filed 01/29/09    Entered 01/29/09 08:32:37    Desc n112
Voluntary Petition and Initial notices (Doc 1-2)    Page 8 of 12
Page 2 of 3

All disbursements and withdrawals should be by check and cash disbursements are prohibited. Any exception can be made for minor petty cash disbursements but these must be itemized and documented. Written notice of compliance with these requirements should be filed with the debtor's first operating report.

Reminder    All monies and other assets received by the debtor are assets of the estate and go into the estate. (See paragraph 5 for the only exception hereto.) All disbursements made by a debtor of monies and other assets of the estate are subject to court approval. This is why reporting requirements must be met.

2.    Books and Records
The books and records of the debtor should be closed as of the date of filing of the petition and new books and records kept thereafter for the debtor. A record of receipts and dispositions of money and property must be maintained.

3.    Antecedent Debts
Prior to confirmation of a plan, a debtor cannot pay any antecedent debts, that is, debts which were incurred prior to the filing of the Chapter 11 petition. If there are insufficient funds on deposit to cover outstanding checks at the time the petition was filed, the persons or entities holding such checks or owed antecedent debts become creditors of the debtor.

4.    Payment to Principals of Debtor and Professional Persons
If an officer or a corporation, a partner of a debtor partnership or individual debtor of a sole proprietorship wishes to draw or receive a salary, the debtor-in-possession or trustee should move the court for an order specifying the amounts to be paid and the services to be performed therefor. Other than the draw or salary, no personal expenses shall be made from the business account.

NOTE:    Earnings from services performed by an individual debtor after the commencement of the case from a source other than the estate are not property of the estate. 11 U.S.C. § 541(a)(6).

A debtor may employ an attorney, accountant or other professional only upon authorization of the court. See 11 U.S.C. § 327, Bankruptcy 2014. No payments may be made to such attorneys, accountants, or other professionals after the Order for Relief is entered without approval of the court, after notice to all creditors and a hearing. See 11 U.S.C. § 330, Bankruptcy Rule 2016.

5.    Insurance
Proof of Coverage : The debtor shall provide to the court a verified statement or written evidence that worker's compensation (where required by law), general liability, fire, theft, and motor vehicle insurance are in full force and effect, together with all other insurance coverage normally used in the debtor's type of business. Prior to the expiration date of insurance coverage, evidence must be sent that coverage has been renewed.

C.    In addition to the foregoing, the following provision of the Bankruptcy Code are of importance to a Chapter 11 debtor operating a business.

1.    Use of Cash Collateral
11 U. S. C. § 363(c)(2) provides that cash collateral may not be used by the debtor without first procuring the consent of the secured creditor or a court order after notice and hearing. Cash collateral is defined as meaning "...cash, negotiable instruments, documents of title, securities, deposit accounts, or other cash equivalents in which the state and an entity other than the estate have an interest". 11 U.S.C. § 363(a).

2.    Obtaining Credit
11 U.S.C. § 364 provides that the debtor may not obtain credit or incur unsecured debts other than in the ordinary course of business without court authorization. Likewise, court authorization is required before obtaining of credit or the incurring of debts with priority over certain administrative expenses or to be secured by a lien on property of the estate.

3.    Use, Sale or Lease of Property of the Estate
11 U.S.C. § 363(b) provides that the debtor may use, sell or lease property of the estate other than in the ordinary course of business only after notice and hearing.

Case 09-11445-DWH    Doc 1-3    Filed 03/20/09    Entered 03/23/09 16:09:10    Desc
Voluntary Petition and initial notices (Doc 1-7)    Page 9 of 12
Case 09-00268-ee    Doc 4    Filed 01/29/09    Entered 01/29/09 08:32:37    Desc n1
Page 3 of 3

FAILURE TO COMPLY WITH THE FOREGOING MAY RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE CONVERTED TO A CASE UNDER CHAPTER 7, DISMISSED, OR A TRUSTEE OR EXAMINER APPOINTED.

United States Bankruptcy Court
Southern District of Mississippi

In Re: Tuskeena Oxford Center LLC

Case No. 09-00268-NPO

Chapter 11

# NOTICE

## REGARDING FILING CHAPTER 11 MONTHLY OPERATING REPORTS

Pursuant to the Standing Order Concerning Chapter 11 Monthly Operating Reports dated September 10, 1986, the debtor in possession is ordered to file monthly operating reports. Said reports shall reflect the financial condition of the business including the amounts of withholding and social security taxes and the place where such amounts have been deposited.

The monthly operating reports shall be in the form of an income and expense statement and shall be filed with the Clerk of this Court on or before the 15th of each calendar month for the preceding month.

Failure to comply with the foregoing may result in an order to show cause why this case should not be converted to a case under Chapter 7, dismissed, or a trustee or examiner appointed.

A copy of the Standing Order Concerning Chapter 11 Monthly Operating Reports may be obtained from the court website at www.mssb.uscourts.gov.

Dated: 1/29/09

Danny L. Miller, Clerk
United States Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

601-965-5301

n111-ch11oreports

5

United States Bankruptcy Court
Southern District of Mississippi

In re:   Tuskeena Oxford Center LLC

Case No. 09-00268-NPO

Chapter 11

## DUE DATE FOR FILING DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION May 28, 2009

### DISCLOSURE STATEMENT CHECKLIST

Information Required in Disclosure:

1. Description of Business/Debtor's History Prior to Filing/Reason for bankruptcy Filing

2. Financial Information (Including Pre-petition Income Statement as well as Post-confirmation projections.)

3. Disclosure of Professional Fees Paid/To be Paid (Estimate)

4. Description of Plan/Method of Execution/Source of Funds

5. Liquidation Analysis (Include Basis of Valuation)

6. Description of Post-Confirmation Management (Include Salaries)

7. Statement Regarding Insider Transaction/Claims

8. Description of Pending/Contemplated Litigation

9. Consequences of Denial of Confirmation

Dated: 1/29/09

Danny L. Miller, Clerk
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

601-965-5301

b

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: TUSKEENA OXFORD CENTER LLC,             CASE NO. 09-00268-NPO

DEBTOR.                                          CHAPTER 11

### ORDER

To ensure that the debtor makes deposits of all monies withheld from employees or collected from others for taxes due under any law of the United States or under any law of the State of Mississippi, and to ensure timely payment of all post-petition taxes to the United States and the State of Mississippi,

**IT IS ORDERED:** That the debtor, or such fiduciary as may be appointed, is directed and required to segregate and hold separate and apart from all other funds all monies withheld from employees or collected from others for taxes under any law of the United States or any law of the State of Mississippi during the pendency of this proceeding.

**IT IS FURTHER ORDERED:** That the debtor deposit into a separate federally insured checking account all monies withheld from wages of employees, or collected from others as sales taxes, and for taxes under the law of the State of Mississippi and the United States and/or any other lawfully established taxing authorities; that the debtor open such an account, including "Tax Account" in the account name, within ten (10) days from the date of this order; that the debtor file notice with the Office of the U.S. Trustee and the Clerk of the Bankruptcy Court within fifteen (15) days from the date of this order disclosing the name and address of the financial institution, account number, date of account opening, and opening balance; that the debtor timely file tax returns for and pay over withheld or collected post-petition taxes as and when due under the laws of the State of Mississippi and the United States and/or any other lawfully established taxing authorities.

**IT IS FURTHER ORDERED:** That the debtor is required to pay to the District Director of Internal Revenue withheld or collected taxes in the form of a Federal Tax Deposit within three (3) workdays after each regular payroll period; that within five (5) workdays after each payroll period on the form furnished by the District Director of the Internal Revenue Service, the debtor shall give notice of the Federal Tax Deposits and the payroll amount to the District Director of the Internal Revenue, Attn: Special Procedures Division, 100 West Capitol Street, Suite 504, Jackson, Mississippi 39269; that the debtor shall mail all federal tax returns and remittances to the District Director at the above address and that the debtor is required to pay to the District Director of Internal Revenue the Federal Unemployment Tax in the form of a Federal Tax Deposit within three (3) workdays after each regular quarterly period.

**IT IS FURTHER ORDERED:** That the debtor shall include in each regular verified report to this Court a summary of the information furnished to the District Director of Internal Revenue and to the Mississippi State Tax Commission pursuant to this order.

A copy of this order shall be served on the debtor by United States mail. The debtor shall stand responsible to the Court for compliance with the order.

**SO ORDERED.**

_____
Neil P. Olack
United States Bankruptcy Judge
Dated: January 29, 2009

7