IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: TUSKEENA OXFORD CENTER, LLC**     NO. 09-011445-DWH

AGREED ORDER EXTENDING PREVIOUS ORDER AND RESOLVING MOTION FOR ENTRY OF ORDER PROHIBITING OR RESTRICTING THE USE OF CASH COLLATERAL, FOR POST-PETITION SEGREGATION AND ACCOUNTING OF SAME

This matter having come on for consideration upon the *ore tenus* motion of the Debtor and M&F Bank to extend the terms and conditions of the Cash Collateral, and the Court having considered same and being of the opinion that said motion is well taken and should be sustained, it is therefore,

ORDERED, ADJUDGED AND DECREED that the terms and conditions of the Order Extending Agreed Preliminary Order Resolving Motion for Entry of Order Prohibiting or Restricting the Use of Cash Collateral, for Post-Petition Segregation and Accounting of Same (DKT No. 78) be and hereby are extended to be effective through the from the 30th day of November, 2009, *nunc pro tunc*, through the 28th day of February, 2010.

SO ORDERED.

_____
US BANKRUPTCY COURT JUDGE

DEC 15 2009

APPROVED AS TO FORM AND TO CONTENT:

/s/Nicholas Van Wiser
Nicholas Van Wiser, MSB #7339
*Counsel for Debtor, Tuskeena Oxford Center, LLC*

/s/ D. Andrew Phillips
D. Andrew Phillips, Esq., MSB #8509
*Counsel for M&F Bank*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: TUSKEENA OXFORD CENTER, LLC     CASE NO. 09-11445-DWH
CHAPTER 11

### AGREED ORDER EXTENDING PREVIOUS ORDER AND RESOLVING MOTION FOR ENTRY OF ORDER PROHIBITING OR RESTRICTING THE USE OF CASH COLLATERAL, FOR POST-PETITION SEGREGATION AND ACCOUNTING OF SAME

This matter having come on for consideration upon the *ore tenus* motion of the Debtor and M&F Bank to extend the terms and conditions of the use of the Bank's cash collateral, and the Court having considered same and being of the opinion that said motion is well taken and should be sustained, it is therefore,

ORDERED, ADJUDGED AND DECREED that the terms and conditions of the Agreed Preliminary Order Resolving Motion for Entry of Order Prohibiting or Restricting the Use of Cash Collateral, for Post-Petition Segregation and Accounting of Same (DKT No. 21) be and hereby are extended from September 28, 2009, nunc pro tunc, through and including the 30th day of November, 2009.

SO ORDERED, this the 22nd day of October, 2009.

/s/ David W. Houston, III
HONORABLE DAVID W. HOUSTON, III
U.S. BANKRUPTCY COURT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

APPROVED AS TO FORM AND CONTENT:

/s/ Nicholas Van Wiser
Nicholas Van Wiser, MSB #7339
*Counsel for the Debtor, Tuskeena Oxford Center, LLC*

/s/ D. Andrew Phillips
D. Andrew Phillips, Esq., MSB #8509
*Counsel for M&F Bank*